Court of CRIMINAL Appeals.
ABEL Acosta. Clerk.

10-25-2015

Dear SIR:

I Received Your Letter That You have no Writ of Habeas Corpus filed in Your court. AT the Time of MY filing. APPLicants. Responce To STATES ORIGINAL ANSWER... In Cause Numbers. 11-CR-3363-G, 11-CR-3179-G 11-CR-3506-G, 11-CR-3180-G.

The District Court Mailed Me STATES answer To APPLicants APPLication for Writ of HABEas Corpus. On Sept. 21, 2015...

Stating They Sent the APPLication To Your Court MR. ABEL Acosta I Must ask To Refile MY APPLICANTS. RESPonse. To STATES. ORIGINAL ANSWER MY family Called the Trial Court Clerk who said They already Sent Filed MY. 11.07 To Your Court that it is to Late For Me To file MY RESPonce. I Pray. This is filed With MY writs

Respectfully submitted
Raul LemGoria.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk

Cause, Number's:11-CR-3363-G,11-CR-3179-G,
11-CR-3506-G,11-CR-3180-G.

EXPARTE

RAUL LONGORIA

§
§
§
§

IN THE COURT OF
CRIMINLA APPEALS
OF TEXAS.

APPLICANTS RESPONSE TO STATES
ORIGINAL ANSWER.

TO THE HONORABLE JUDGE OF APPEALS COURT:

NOW, COME"S RAUL LONGORIA,PRO-SE,and files this his Applicant's
response to States, Original answer in the above entitled and styled cause
listed with four different numbers The state has given the same response
to each writ Applicant filed and would respectfully show the court the
following:

I.

The attorney for the State was quick to point out the applicant Mexican
mafia gang member.Raul"Cooney"Longoria, applicant therefore would show
point out this is not true.Mr.Longoria compleated .. Grad and all coarse
and ,disassociated from that group the Mexican mafia...(Furtherthe Mexican
Mafia,did not go on a Robbery spree.This was not part of the admonishing
of the plea.Violating Article 26.13 of the Indictment,Violating Tx.Rules of
Evidence TRE 401"Relevant Evidence...
SEE.Mayes V. State 816 S.W.2d 79,85(TX.Crim App 1991);
TRE 403."He said she said" should be on the basis of the testimony of the
complainant and the trier of facts.
Rodriguez V. State 203, S.W 3d 837,839(TX.CRIM.APP 2006)
Mr.Longoria is not a MEXICAN MAFIA MEMBER"THAT is EASY TO verefie thru
BRAD LININGSTON TDCJ DIRECTOR,.

II.

Court of Criminal Appeals is ultimate factfinder EXPARTE Reed 271 S.W.3d 698
727(TEX CRIM APP.2008)THE Court of Criminal Appeals is not bound by the
findings conclusions or recommendations of a trial court,however because
the trial court is in a better position to make determinations of credibi-
ty,the court of criminal Appeals, should defer to thoses findings,If they
are supported by the record, EXPARTE THOMPSON 153 S.W.3d 416.(TX.Crim app
2005) EXPARTE BATES 640 S.W.2d 894 898 (TX.crim App 1982)
THE record does not discuss show ,or,state Mr.Longoria the Mexican Mafia
member the state has tried to show in there response this is abuse of
power by James Odell,Because it is not true,

III.

There is prima facie showing the court appointed counsel that filed notice
of Appeal and motion for appointment of counsel for appeal,is on the record
and attached to the original writ of. habeaus corpus applicant filed.
THE ATTORNEY LED Mr.LONGORIA TO BELEAVE HE COULD APPEAL IF HE PLEADED TO
THE CRIMES,THE State has "Wrongfully allow the Right to Due Process,
and Constitutional rights as stated in original writ filed in context
of plea negotiations defendant are entitled to the effective assistance of
competent counsel McMann V. Richardson 397 U.S 759,771 90 S.CT 1441 25L.E
d.2d763(1970),counsels representation fell below an objective standard
of reasonableness,"HILL V. LOCKHART 474 US at57,quoting Strickland v. was-
hington 474 U.S at 59.

1

Applicant Objects to the States misstateing of facts because the record does show appointed attorneys filed NOTICE OF APPEAL,AND MOTION TO APPOINT APPEAL ATTORNEY If someone would look at the record and read the exhibits in the original writ it Clearle shows there is merit Wheter counsel missguided applicant into the beleif he could appeal his case if he took his plea it is an abuse of desrecion to simple denie one portion of a writ

because a plea was conducted,.

THE QUESTION REMAINS WHY DID ATTORNEYS FILE NOTICE OF APPEAL AND A MOTION TO APPOINT APPEAL COUNSEL THEN HAVE MR.LONGORIA WAIVE HIS RIGHT TO APPEAL THE NOTICE OF APPEAL WAS FILED AFTER THE PLEA, SEE:WILLIS V. STATE 121S.W3d 400,403(Tex.Crim App2003)[T]he trial court's subequent handwritten permission to appeal controls over a defendants pre-ious wavier of the right to appeal allowing the defendant to appeal despite] the boilerplate waiver."Applicant was advised he could appeal by attorney

A affidavit from the attorneys are needed as to why they filed notice of appeal and motion to appoint appeal counsel. Please view the applicants exhibit in original writ notice of appeal and motion to appoint counsel to prefect appeal attorney violated Chavez V. State183.S.W.3d 675,680,( TX Crim app 2006) leding him to beleave he could appeal,there was no reason to file notice of appeal or the motion filed if defendant couldent appeal this proves the attorneys lied to applicant . The original writ of habeaus corpus based on the ex. should "contribute" to the attorney to respond by a evidentary hearing or affidavit why they filed notice of appeal and motion for appointment of counsel to do appeal in Rodriquez V. state 899S.W 2d 658,66(Tx.Crim,App 1995)Rather the plea was Unknowing and involuntary,because the State attaches exhibits of a waiver or exceptence of a plea DOES NOT MEAN COUNSEL DID NOT MISGUIDE APPLICANT INTO A PLEA WITH A PROMISE HE COULD APPEAL TO A HIGHER COURT.

IV.

APPLICANT request appointment of counsel because of unconstitutional violations S/B 662 APPLICANT IS INDIGENT.

WHEREFORE PREMISES CONSIDERED APPLICANT HEREIN MOVES THIS HONORABLE COURT TO GRANT AN EVIDENTARY HEARING AND TO ORDER ATTORENY TO RESPOND BY AFFIDAVIT TO THE ORIGINAL WRIT APPLICANT FILED IN THE INTEREST OF JUSTICE AND TO APPOINT COUNSEL

RESPECTFULLY SUBMITTED.

Raul. JomGoria. # 1778874

OATH

## OFFENDER NOTARY PUBLIC SERVICE

THE STATE OF TEXAS

BEFORE ME the undersigned authority on this day personally appeared
RAUL LONGORIA who being by me duly sworn] did on his oath depose and
file an original application for writ of habeas corpus on involentary plea because being led to be
i could appeal the sentence then fileing response to State sanswer that i wrote and read the foregoing
and that the facts stated therein are true and correct to the best of my knowledge and belief..


*Raul LomGoria #1778874*
RAUL LONGORIA

MY name is RAUL LONGORIA and my identifying number is 1778874 Iam presently incarcerated in The Stevenson
Unit TDCJ, 1525 Fm 766 Cuero, Texas 77954 . I declare under penalty of perjury that the foregoing is true
and correct.
Under both Federal Law(28U.S.C§ 1746·andState law·V.T.C.A.Cibil practice & Remedies code§132.001-132.003·of


EXECUTED ON THE 28th day of September 2015,


*Raul Longoria #1778874*
my signature.


## CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A COPY OF APPLICANTS RESPONSE WAS MAILED TO THE COURT OF APPEALS OF TEXAS
P.O.BOX 12308 Capitol,Austin texas 78711.

on September 28th 2015

*Raul Longoria #1778874*